■ In the Matter of the Liquidation of NASSAU INSURANCE COMPANY. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator, Appellant, v LOUISE FRANKEL et al., Respondents. [627 NYS2d 916] —Order, Supreme Court, New York County (Bruce McM. Wright, J.), entered on or about February 1, 1994, unanimously affirmed for the reasons stated by Wright, J., with costs and disbursements. No opinion. Concur—Ellerin, J. P., Kupferman, Asch, Williams and Tom, JJ.